UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALLIANCE CATHOLIC CREDIT
UNION AND ASTERA CREDIT
UNION,

      Plaintiffs,

v.

ALLIED SOLUTIONS, LLC,
CAPSTRAT LENDING, LLC F/K/A
CAPITAL LENDING STRATEGIES,
LLC; O'M AND ASSOCIATES LLC
d/b/a O'MALLEY AND ASSOCIATES,
PETER HILGER and DAN PHILLIPS,

      Defendants.
_____/

Case No. 13-10077
Hon. R. Steven Whalen
United States Magistrate Judge

## ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT MONEY JUDGMENT AGAINST DEFENDANT CAPSTRAT LENDING, LLC

This matter having come before the Court on plaintiff Alliance Catholic Credit Union's and plaintiff Astera Credit Union's (jointly, "Plaintiffs") motion for a default money judgment against defendant CapStrat Lending LLC f/k/a Capital Lending Strategies, LLC ("CapStrat");

**NOW**, upon review of the pleadings and all submissions on Plaintiffs' Motion filed in this case,

**IT IS ORDERED** that Plaintiffs' Motion is granted in its entirety.

**IT IS FURTHER ORDERED** that judgment will be rendered in favor of Plaintiffs and against Defendant CapStrat as follows:

(1) Judgment in favor of Plaintiff Astera Credit Union and against Defendant CapStrat in the amount of $5,362,136.78, plus interest accruing at statutory rate in MCL 600.6013(7) after entry of judgment;

(2) Judgment in favor of Plaintiff Alliance Catholic Credit Union and against Defendant CapStrat in the amount of $6,641,420.91, plus interest accruing at statutory rate in MCL 600.6013(7) after entry of judgment.

Dated: June 4, 2019
       s/R. Steven Whalen
       R. STEVEN WHALEN
       UNITED STATES MAGISTRATE JUDGE

### CERTIFICATE OF SERVICE

I hereby certify on June 4, 2019 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on June 4, 2019.

       s/Carolyn M. Ciesla
       Case Manager for the
       Honorable R. Steven Whalen